BEFORE THE SECOND DIVISION, FEBRUARY 6, 1941

No. 45348.—Protests 917753–G, etc., of Green Kay Corp. et al. (New York).

Opinion by DALLINGER, J. On the authority of *Dulien Steel Products* v. *United States* (27 C. C. P. A. 285, C. A. D. 102) the malleable cast-iron pipe fittings in question were held properly classified at 45 percent under paragraph 397.

BEFORE THE THIRD DIVISION, FEBRUARY 6, 1941

No. 45349.—Protests 831962–G, etc., of G. Wm. Bierce (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45350.—Petition 5651–R of Star Woolen Co. (Albany).

Opinion by CLINE, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, FEBRUARY 7, 1941

No. 45351.—Petition 5908–R of Modern Novelty Manufacturing Co. (Pittsburgh).

Opinion by BROWN, J. It appeared that the importer made a full disclosure before entry of all its information and that there was no intention to defraud or deceive. The petition was therefore granted.